**PROPOSED ORDER/COVER SHEET**

| | | | | |
|---|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **FILED** | **RE:** | Odom, Litithea |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | MAY 1 8 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | **DOCKET NO.:** | CR07-00127 WDB |
| **DATE:** | May 15, 2007 | | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

**TAIFA M. GASKINS**            510-637-3750
U.S. Pretrial Services Officer         TELEPHONE NUMBER

**RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____        5-18-07
JUDICIAL OFFICER (Wayne D. Brazil)      DATE

Cover Sheet (12/03/02)

*Cover sheet cc: WDB's stats, Copy to parties via ECF*
*Pretrial, Financial*